MINNIE OHRINGER, Appellant, *v.* THE MUTUAL LIFE INSURANCE COMPANY et al., Respondents.

(Argued April 19, 1934; decided May 22, 1934.)

*Sidney J. Loeb, Leon M. Prince* and *Samuel J. Ohringer* for appellant.

*Marvin W. Wynne, Louis P. Galli, Victor E. Whitlock, Henry C. Moses, Bayard H. Ames, Frederick L. Allen* and *William J. Moran* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.